IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: §
§
MOSAIC DATA SOLUTIONS, INC., § CASE NO: 03-82006-HDH-7
§
    DEBTOR. §

## NOTICE BY CHAPTER 7 TRUSTEE OF DEPOSIT TO UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the Court's Unclaimed Funds Registry as unclaimed property for the above-referenced Chapter 7 case. I hereby certify that a period of ninety (90) days has elapsed since the issuance of these funds and the disbursement checks have not been negotiated.

| Claim # | Name of Payee on Unclaimed Check(s) | Amount |
|---|---|---|
| 7A | Russell Effrig<br>4725 Oregon Trail<br>McHenry, Illinois 60050 | $ 4,983.63 |
| 21 | MFISC<br>222 E. 56th Street, 3J<br>New York, New York 10022 | $ 6,075.55 |
|  | **Total of Check to Unclaimed Funds:** | $ 11,059.18 |

                                                   /s/ Scott M. Seidel
                                                Scott M. Seidel, Trustee
                                                1201 Elm Street, Suite 2500
                                                Dallas, Texas 75270